**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Grace Kelly,<br><br>Plaintiff<br><br>vs.<br><br>Penn Entertainment, Inc., a Pennsylvania Corporation; LVGV, LLC, a Nevada Limited Liability Company dba M Resort Spa Casino; The Burks Companies, Inc., a Georgia Corporation; Does I-V; Roe Corporations VI-X; inclusive,<br><br>Defendants | Case No.: 2:24-cv-00319-CDS-DJA<br><br>**Stipulation and Order to Dismiss Penn Entertainment, Inc. ONLY without Prejudice** |

The parties stipulate to dismiss Defendant Penn Entertainment, Inc. ONLY without prejudice, each party to bear their own attorneys fees and costs.

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>BY:  */s/ Jonathan Patillo, Esq.*<br>       MICHAEL P. LOWRY<br>       Nevada Bar No. 10666<br>       Attorneys for LVGV, LLC | BENSON ALLRED<br><br>BY:  */s/ Joshua Benson, Esq.*<br>       JOSHUA L. BENSON<br>       Nevada Bar No. 10514<br>       Attorneys for Plaintiff |
| | It is so ordered.<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated: March 5, 2024 |

293167203v.2