**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Grace Kelly, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Penn Entertainment, Inc., a Pennsylvania Corporation; LVGV, LLC, a Nevada Limited Liability Company dba M Resort Spa Casino; The Burks Companies, Inc., a Georgia Corporation; Does I-V; Roe Corporations VI-X; inclusive,<br><br>Defendants. | Case No.: 2:24-cv-319-CDS-DJA<br><br>**Stipulation and Order to Extend Discovery (Third Request)** |

1. **Summary of Discovery Completed:** The Court approved a prior scheduling order on August 23, 2024 (ECF No. 22) following the parties' second stipulation to continue expert deadlines. All parties have made their Rule 26 disclosures of witnesses and documents. The parties have also exchanged written discovery. The parties have also completed motion work regarding completing a Rule 35 examination.

2. **Discovery Remaining:** Pursuing outstanding medical records, deposing witnesses, scheduling a Rule 35 examination, retaining and disclosing experts, and then potentially deposing those experts.

3. **Why the Remaining Discovery Could Not Be Completed:** As with the last stipulation, there is an ongoing dispute about a Rule 35 neuropsychological examination. Defendant LVGV filed a motion on August 26, 2024 (ECF No. 21). This matter was briefed and came up for a hearing

296899932v.1

on October 29, 2024. The Magistrate Judge denied LVGV's motion and LVGV has filed an objection (ECF No. 27). As was discussed during the October 29 hearing, the parties request a 90 day extension so that the District Court Judge can rule on this matter and allow the parties time to schedule the examination.

4. **Discovery Plan**:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Amending the Pleadings and Adding Parties | No Change | No Change |
| Initial Expert Disclosures | December 9, 2024 | March 7, 2025 |
| Rebuttal Expert Disclosures | January 8, 2025 | April 4, 2025 |
| Discovery Closes | February 7, 2025 | May 8, 2025 |
| Dispositive Motions | March 7, 2025 | June 6, 2025 |
| Pre-Trial Order, if no Dispositive Motions | April 4, 2025 | July 3, 2025 |

|  |  |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Jonathan C. Pattillo, Esq.*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan Pattillo, Esq.<br>Nevada Bar No. 13929<br>*Attorneys for LVGV, LLC* | **BENSON ALLRED**<br><br>*/s/ Joshua Benson, Esq.*<br>Joshua L. Benson, Esq.<br>Nevada Bar No. 10514<br>*Attorneys for Plaintiff* |
| HALL & EVANS LLC<br><br>*s/ Todd B. Tuggle, Esq.*<br>Adam R. Knecht, Esq.<br>Nevada Bar No. 13166<br>Todd B. Tuggle, Esq.<br>Nevada Bar No. 6151<br>*Attorneys for The Burks Companies, Inc.* |  |

-2-

296899932v.1

*Grace Kelly v. Penn Entertainment, et al.*
*Case No. 2:24-cv-319*
*Stipulation and Order to Extend Discovery (Third Request)*

## ORDER

IT IS SO ORDERED that the parties' stipulation to extend discovery (ECF No. 28) is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   11/19/224  _____

-3-

296899932v.1