**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Grace Kelly, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Penn Entertainment, Inc., a Pennsylvania Corporation; LVGV, LLC, a Nevada Limited Liability Company dba M Resort Spa Casino; The Burks Companies, Inc., a Georgia Corporation; Does I-V; Roe Corporations VI-X; inclusive,<br><br>Defendants. | Case No.: 2:24-cv-319<br><br>**Stipulation and Order to Extend Discovery (Seventh Request)** |

1. **Summary of Discovery Completed:** The Court approved a prior scheduling order on November 11, 2024 (ECF No. 29) following the parties' third stipulation to continue expert deadlines. All parties have made their Rule 26 disclosures of witnesses and documents. The parties have also exchanged written discovery. The parties have also completed motion work regarding completing a Rule 35 examination. Expert Reports have been disclosed and the parties have deposed Plaintiff and various expert witnesses.

2. **Discovery Remaining:** None

3. **Why the Remaining Discovery Could Not Be Completed:** Previously, a motion (ECF No. 34) has been filed regarding a discovery dispute. The parties previously received an extension to the dispositive motion deadline because the decision for that discovery decision is pending (ECF No. 38). The parties are still waiting for a decision, so requests a 30-day extension.

296899932v.1

4. **Discovery Plan**:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Dispositive Motions | November 3, 2025 | December 3, 2025 |
| Pre-Trial Order, if no Dispositive Motions | December 3, 2025 If dispositive motions are filed, 30 days after order on dispositive motions. | January 2, 2026 If dispositive motions are filed, 30 days after order on dispositive motions. |



BENSON ALLRED

*/s/ Jonathan C. Pattillo, Esq.*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan Pattillo, Esq.
Nevada Bar No. 13929
*Attorneys for LVGV, LLC*

**HALL & EVANS LLC**

*s/ Adam Knecht, Esq.*
Adam R. Knecht, Esq.
Nevada Bar No. 13166
*Attorneys for The Burks Companies, Inc.*

*/s/ Joshua Benson, Esq.*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
*Attorneys for Plaintiff*

*Grace Kelly v. Penn Entertainment, et al.*
*Case No. 2:24-cv-319*
*Stipulation and Order to Extend Discovery (Seventh Request)*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/16/2025

296899932v.1