**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Grace Kelly, individually,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Penn Entertainment, Inc., a Pennsylvania Corporation; LVGV, LLC, a Nevada Limited Liability Company dba M Resort Spa Casino; The Burks Companies, Inc., a Georgia Corporation; Does I-V; Roe Corporations VI-X; inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:24-cv-319<br><br>**Stipulation and Order to Extend Discovery (Ninth Request)** |

1. **Summary of Discovery Completed:** The Court approved a prior scheduling order on November 11, 2024 (ECF No. 29) following the parties' third stipulation to continue expert deadlines. All parties have made their Rule 26 disclosures of witnesses and documents. The parties have also exchanged written discovery. The parties have also completed motion work regarding completing a Rule 35 examination. Expert Reports have been disclosed and the parties have deposed Plaintiff and various expert witnesses.

2. **Discovery Remaining:** None

3. **Why the Remaining Discovery Could Not Be Completed:** The parties had been awaiting a decision on a Motion To Compel response to contention interrogatories. This motion was mostly granted (see ECF No. 46) but Defendant was ordered to serve new discovery to Plaintiff on October 30, which it did. Defendant was awaiting those responses and received them December 4. Defendant

324129274v.1

does not believe Plaintiff complied with the Court order, which Plaintiff disagrees with and Defendant will be filing a new motion to compel (ECF No. 49). Thus the parties request a 60-day extension so that this issue can be resolved.

4. **Discovery Plan**:

|  | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Dispositive Motions | January 2, 2026 ~~December 3, 2025~~ | March 3, 2026 ~~January 2, 2026~~ |
| Pre-Trial Order, if no Dispositive Motions | January 2, 2026 If dispositive motions are filed, 30 days after order on dispositive motions. | April 2, 2026 ~~March 3, 2026~~ If dispositive motions are filed, 30 days after order on dispositive motions. |



BENSON ALLRED

*/s/ Jonathan C. Pattillo, Esq.*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan Pattillo, Esq.
Nevada Bar No. 13929
*Attorneys for LVGV, LLC*

*/s/ Joshua Benson, Esq.*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
*Attorneys for Plaintiff*

**HALL & EVANS LLC**

*s/ Adam Knecht, Esq.*
Adam R. Knecht, Esq.
Nevada Bar No. 13166
*Attorneys for The Burks Companies, Inc.*

324129274v.1

*Grace Kelly v. Penn Entertainment, et al.*
Case No. 2:24-cv-319
Stipulation and Order to Extend Discovery (Eighth Request)

## **ORDER**

IT IS SO ORDERED subject to the Court's modification of the proposed deadlines.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    12/17/2025

-3-

324129274v.1