Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail:josh@bensonallred.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GRACE KELLY, individually, | CASE NO.: 2:24-cv-00319-CDS-DJA |
| Plaintiff | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFF'S TO FILE OPPOSITION TO DEFENDANTS LVGV, LLC AND THE BURKS COMPANIES, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| PENN ENTERTAINMENT INC., a Pennsylvania Corporation; LVGV, LLC, a Nevada Limited Liability Company, doing business as M RESORT SPA CASINO; THE BURKS COMPANIES, INC., a Georgia Corporation, DOES I – V; ROE Corporations VI – X, inclusive; | |
| | [ECF No. 63] |
| Defendants | |

On March 3, 2026, Defendant LVGV, LLC and Defendant THE BURKS COMPANIES, INC.'s filed a Motion for Summary Judgment. The current deadline to file a response to Defendants' Motion is March 24, 2026. The parties hereby stipulate as follows:

///

///

///

///

///

///

///

## I.    REASON THE EXTENSION IS NEEDED

The parties are scheduled to participate in a private mediation on March 30, 2026. In an effort to avoid incurring additional litigation costs and to allow the parties an opportunity to resolve this matter, the parties respectfully request that the current deadline be continued to April 30, 2026. This request is made in good faith and not for the purpose of delay.

The parties hereby stipulate to extend the deadline to file Plaintiff's Response to Defendant LVGV, LLC and Defendant THE BURKS COMPANIES, INC.'s  filed a Motion for Summary Judgment to **April 30, 2026**.

**IT IS SO STIPULATED.**

Dated this 13th day of March, 2026.

BENSON ALLRED INJURY LAW

/s/ Joshua Benson
Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

WILSON ELSER MOSKOWITZ EDELMAN & DICKER

/s/ Jonathan Pattillo
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Michael P. Lowry, Esq.
Nevada Bar No. 10666
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant LVGV, LLC*

HALL & EVANS, LLC

/s/ Adam Knecht
Adam R. Knecht, Esq.
Nevada Bar No. 13166
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant The Burks Companies, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2026

- 2 -